**Order filed October 21, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

### NO. 14-14-00706-CV
_____

**ANGLO-DUTCH PETROLEUM INTERNATIONAL, INC. AND ANGLO-DUTCH (TENGE), LLC, Appellants/Cross-Appellees**

**V.**

**GREENBERG PEDEN, P.C., AND GERALD J. SWONKE, Appellees/Cross-Appellant**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2004-20712**

## O R D E R

The clerk's record in this appeal was filed October 15, 2014. The record reflects that the trial court signed a final judgment on May 13, 2014. On June 12, 2014, the Anglo-Dutch parties filed timely motions for new trial and to modify the judgment. The same date, the Greenberg parties filed a timely motion to modify, correct, and reform the judgment, or alternatively, motion for new trial. Therefore, to perfect an appeal, a notice of appeal was due August 11, 2014. *See* Tex. R. App.

P. 26.1(a) (requiring the notice of appeal to be filed within 90 days after the judgment is signed when a timely motion for new trial or other post-judgment motion is filed). The Anglo-Dutch parties filed their notice of appeal on August 25, 2014. The Greenberg parties filed a notice of appeal on August 26, 2014. Rule 26.1(d) also provides that if any party timely files a notice of appeal, another party may file a notice of appeal within 14 days after the first notice of appeal. *See* Tex. R. App. P. 26.1(d). Both notices were untimely, but filed within the fifteen-day period for requesting an extension of time. *See* Tex. R. App. P. 26.3. The parties did not file a motion for extension of time, however.

A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). While an extension may be implied, a party filing an untimely notice of appeal is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** the parties to file proper motions to extend time to file the notices of appeal within **15 days** of the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). The court may dismiss the appeal of a non-compliant party. *See* Tex. R. App. P. 42.3.


PER CURIAM